Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

_WESTERN_ District of _KENTUCKY_

Civil Division

| | |
|---|---|
| ROY ANDERSON CARVER JR ., "et al" | Case No. __1:19 CV-99-GNS__ |
| | _(to be filled in by the Clerk's Office)_ |
| _Plaintiff(s)_ | |
| _(Write the full name of each plaintiff who is filing this complaint._ | Jury Trial: _(check one)_ ☑ Yes ☐ No |
| _If the names of all the plaintiffs cannot fit in the space above,_ | |
| _please write "see attached" in the space and attach an additional_ | _CLASS ACTION CERTIFICATION_ |
| _page with the full list of names.)_ | _REQUESTED_ |
| -v- | |
| HOUCHENS FOOD GROUP INC. "et al", | |
| COMMONWEALTH OF KENTUCKY CABINET FOR | |
| UNEMPLOYMENT INSURANCE "et al" | |
| _Defendant(s)_ | |
| _(Write the full name of each defendant who is being sued. If the_ | |
| _names of all the defendants cannot fit in the space above, please_ | |
| _write "see attached" in the space and attach an additional page_ | |
| _with the full list of names. Do not include addresses here.)_ | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | ROY ANDRSON CARVER JR "et al". |
| Address | 310 SANDY COURT |

| | City | State | Zip Code |
|---|---|---|---|
| | BOWLING GREEN | KY | 42101 |

| | |
|---|---|
| County | WARRREN COUNTY |
| Telephone Number | 1-270-303-7442 |
| E-Mail Address | rycarver42@gmail.com |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | HOUCHENS FOOD GROUP INC. |
| Job or Title *(if known)* | HUMAN RESOURCES |
| Address | P.O. BOX 682 |

| | City | State | Zip Code |
|---|---|---|---|
| | GOODLETTESVILLE | TN | 37070 |

| | |
|---|---|
| County | DAVIS COUNTY |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | HOUCHENS FOOD GROUP INC. |
| Job or Title *(if known)* | D.C. OPERATIONS |
| Address | 700 CHURCH STREET |

| | City | State | Zip Code |
|---|---|---|---|
| | BOWLING GREEN | KY | 42101 |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [✔] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | CHARLES BLACK; HOUCHENS FOOD GROUP INC. |
| Job or Title *(if known)* | D.C. MANAGER HOUCHENS FOOD GROUP INC. |
| Address | 700 CHURCH STREET |

| | | |
|---|---|---|
| BOWLING GREEN | KY | 42101 |
| *City* | *State* | *Zip Code* |

County          WARREN COUNTY
Telephone Number
E-Mail Address *(if known)*

☑ Individual capacity          ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | N. MILEY "et al" |
| Job or Title *(if known)* | KY UNEMPLOYMENT REFEREE II |
| Address | 300 SOWER BLVD., 4th FLoor |

| | | |
|---|---|---|
| FRANKFORT | KY | 40601 |
| *City* | *State* | *Zip Code* |

County          FRANKLIN COUNTY
Telephone Number   1-502-564-1483
E-Mail Address *(if known)*

☐ Individual capacity          ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Title 42 U.S.C. Section 1981 Deprivation of Civil Rights; Title VII of the Civil Rights Act of 1964 as codified , 42 U.S.C. Sections 2000e to 2000e17 (race, color, gender, religion, national origin); The Fair labor Standards Act of 1938; The Sherman Anti trust Act of 1890 and The Kentucky Civil Rights Act of 1964

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> Defendant's conspired to violate plaintiff of his Fourth and Fourteenth Amendment Rights to Due Process by revolving nucleus operation of KRS 341,420; KRS 341,430; and KRS 341,450 in an "but for show cause" futile and revolving appellant process to continue to conceal, deprive, and discourage plaintiff from adequately seeking and preserving his civil rights to deny him his earned benefits thru it's appeal processes from October 7, 2018; November 16, 2018, thru January 24, 2019 to the current

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

> Via electronically, by telephone and failed mail delivery from the defendant's registered places of businesses from October 7, 2018; November 16,2018, January 24, 2019 to current present
>
> Re: CARVER V. HOUCHENS FOOD GROUP "ET AL"
> 1:19-CV-31GNS   FILED MARCH 18, 2019

B.    What date and approximate time did the events giving rise to your claim(s) occur?

> October 7, 2018; November 16, 2018; January 24, 2019 to current present and during normal business hours

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

> HOUCHENS FOOD GROUP INC., concealed in an timely manner to conspire to violate plaintiff of his Fourth and Fourteenth Amendment Rights when it failed to file it's Third Quarter Earnings with the Kentucky Unemployment Commission as required by law and the failure with the Kentucky Education And Workforce Development Cabinet, Kentucky Unemployment Commission by law was to deny plaintiff his unemployment benefits he filed for on October 13, 2018 after forced separation from employment with HOUCHENS Food Group Inc., and the plaintiff's stalled attempts to litigate his claims effectively thru the Unemployment statutes governing the appeal process pursuant KRS 341.420; KRS 341.430 and KRS 341. 450 in the state's "but for show cause" with indifference to purposely injure and deprive plaintiff of his earned state benefits and federal civil rights under the Fair Labor Standards Act of 1938; Title VII of the Civil Rights Act of 1964 and the Kentucky Civil Rights Act of 1966

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Loss of private Health and Medical Insurance for annual physical check ups; cardiovascular and respiratory examinations; colon/rectal examinations and dental health care and maintenance

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Grant Plaintiff Compensatory damages pursuant to Title VII of the Civil Rights Act of 1964;
Grant Plaintiff Compensatory damages pursuant to The Fair Labor Standards Act of 1938;
Grant Plaintiff damages for pecuniary losses;
Grant Plaintiff damages for non-pecuniary damages;
Grant Plaintiff punitive damages for emotional distress, pain and suffering, mental anguish, loss of enjoyment of life;
Grant Plaintiff Nominal damages;
Grant Plaintiff Treble damages; and
Grant plaintiff injunctive relief.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *July 30, 2019*

Signature of Plaintiff

Printed Name of Plaintiff    ROY ANDERSON CARVER, JR.

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address    310 SANDY COURT

| BOWLING GREEN | KY | 42101 |
|---|---|---|
| *City* | *State* | *Zip Code* |

Telephone Number    (270) 303-7442

E-mail Address    rycarver42@gmail.com



CERTIFIED MAIL

7019 0140 0000 5013 0331

 

U.S. POSTAGE PAID
POM LS ENV
BOWLING GREEN, KY
42104
JUL 30, 19
AMOUNT
**$5.10**
R2303S101724-12

**FROM:**

Ray Anderson Carver JR
P.O. Box 51347
Bowling Green, KY 42102

**TO:**

Clerk's Office U.S. District Court
241 East Main Street
Bowling Green, KY 42101

**Utility Mailer**
**10 1/2" x 16"**



**93300004**
**Utility Mailer**
**10" x 14"** (usable inside dimension)

 **Please Recycle**

**Utility Mailer**

 **UNITED STATES POSTAL SERVICE ®**



AIC-060
Product Code 93300004 - July 2013
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.

**Visit USPS.com®** for Shipping Supplies & Services

**PULL TAB TO OPEN**