UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:19-CV-00099-GNS-HBB

ROY ANDERSON CARVER                                                                                    PLAINTIFF

v.

HOUCHENS FOOD GROUP, INC.;
CHARLES BLACK;
N. MILEY, REFEREE;
COMMONWEALTH OF KENTUCKY,
CABINET FOR UNEMPLOYMENT INSURANCE                                          DEFENDANTS

## JUDGMENT

This matter is before the Court on Defendants' Motion to Dismiss (DN 12), and the Court on this date having issued its Memorandum Opinion Order granting the motion and dismissing all claims asserted against Defendants Commonwealth of Kentucky Cabinet for Unemployment Insurance and Referee N. Miley.

**IT IS HEREBY ORDERED** that pursuant to Fed. R. Civ. P. 54(b), Plaintiff's claims against Defendants Commonwealth of Kentucky Cabinet for Unemployment Insurance and Referee N. Miley are **DISMISSED WITH PREJUDICE**.

This is a final and appealable order. There is no just reason for delay.

Greg N. Stivers, Chief Judge
United States District Court

March 16, 2020

cc:    counsel of record
       Roy Anderson Carver, Jr., *pro se*